

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

| | |
|---|---|
| Appellate case name: | In re Woody K. Lesikar, Individually, and as Trustee of the Woody K. Lesikar Special Trust |
| Appellate case number: | 01-20-00391-CV |
| Trial court case number: | 2008-65920-A |
| Trial court: | 334th District Court of Harris County |
| Date motion filed: | October 26, 2021 |
| Party filing motion: | Relator, Woody K. Lesikar, Individually, and as Trustee of the Woody K. Lesikar Special Trust |

The en banc court has unanimously voted to deny relator's motion for en banc reconsideration. It is ordered that the motion is **denied**.

Judge's signature: ___/s/ April Farris_____
                    Acting for the En Banc Court*

* En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date: _November 30, 2021_____